Lisa Humbertson Brady, Individually and as Administrator of the Estate of Paul R. Brady, Deceased, Appellant, v Village of Malverne et al., Respondents, et al., Defendants.

Submitted January 10, 2011; decided March 24, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Jose Caride et al., Respondents, v Alejandro Alonso et al., Appellants. (And a Third-Party Action.)

Submitted December 20, 2010; decided March 24, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the judgment of Supreme Court, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the Appellate Division order sought to be appealed from do not finally determine the combined action and proceeding within the meaning of the Constitution.

Commodity Futures Trading Commission, Respondent, v Stephen Walsh et al., Defendants, and Janet Walsh, Appellant.

Securities and Exchange Commission, Respondent, v WG Trading Investors, L.P., et al., Defendants, Robin Greenwood, Relief Defendant, and Janet Walsh, Appellant.

Submitted February 22, 2011; decided March 24, 2011

See 618 F3d 218.

Motion by Elliott Scheinberg, Esq. et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.